UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GREAT LENGTHS UNIVERSAL HAIR
EXTENSIONS S.R.L., and HAIRUWEAR, INC.,

        Plaintiffs,

 -against-

DAVID GOLD, THOMAS GOLD, JESSICA GOLD,
KATIE-JANE GOLDIN, HELEN GOLD, RICKY
GOLDIN, MAYOOR BALSARA, CHRISTOPHE
SCHOMBERG, GOLD HAIR USA CORP.,
RATHAPPLE LTD., PAUL GOLDIN LTD., GREAT
HAIR INSPIRATION LTD., VISTRA NOMNEES I
LTD., ZOLOTOV DISTRIBUTORS LTD., LANAI
HAIR HOLDINGS LTD., MAESTRO FULFILMENT
SERVICES LTD., AURA UNIVERSAL LTD.,
S.D.T.C. EXPORTS PVT. LTD., BARRY SCALLAN,
GOLD HAIR ENTERPRISES LTD., RED HOUSE
LTD., JOHN DOE CORPORATION NO. 1, JOHN
DOE CORPORATION NO. 2, JOHN DOE
CORPORATION NO. 3,

        Defendants.

------------------------------------- x

ORDER

16 Civ. 193 (GBD)

GEORGE B. DANIELS, United States District Judge:

 This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action.

Dated: November 15, 2022
   New York, New York

                  SO ORDERED.

                  *George B Daniels*
                  GEORGE B. DANIELS
                  United States District Judge